1  **Tomas A. Guterres, Esq. (State Bar No. 152729)**
2  **Chandler A. Parker, Esq. (State Bar No. 277902)**
   **COLLINS + COLLINS LLP**
3  **790 E. Colorado Boulevard, Suite 600**
   **Pasadena, CA 91101**
4  **(626) 243-1100 – FAX (626) 243-1111**
5  **Email: tguterres@ccllp.law**
   **Email: cparker@ccllp.law**
6

7  Attorneys for Defendants
   COUNTY OF LOS ANGELES, et al.
8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA -**

11                     **WESTERN DIVISION**

12  ESTATE OF MAXWELL AGUIRRE,      | CASE NO. 2:24-cv-5318-ODW (AJRx)
    by and through successors in interest, | ***[Assigned to Hon. Otis D. Wright in***
13  Omar Aguirre and Yvette Aguirre;  | ***Courtroom 5D]***
    OMAR AGUIRRE, an individual;     |
14  YVETTE AGUIRRE, an individual,   |
15                                    | **ANSWER TO FOURTH AMENDED**
                                      | **COMPLAINT AND DEMAND FOR**
16            Plaintiffs,             | **TRIAL BY INDIVIDUAL DEFENDANTS**
17                                    |
        vs.                           | Complaint Filed: 06/26/2024
18                                    |
19  COUNTY OF LOS ANGELES, et al.

20        Defendants **LARA ALVA, CYNTHIA BEARSE, ANTHONY**
21  **GEISBAUER, ALI TAVAKOLI, ERIC ORTIZ, AMBER MONTENEGRO,**
    **BRANDON PEREZ, GARY KELLUM, NATHAN LINDENMAYER, JORGE**
22
    **CASTRO, FRANCINE RIZZIO, ISABEL AGUILAR, TATTICE JONES,**
23
    **SHOHREH GHAEMIAN, M.D** and **TUERE MERRIOUNS, M.D** (collectively
24
    "County" or "Defendants"), by and through their respective attorneys of record,
25
    Collins + Collins, LLP, hereby answers the operative fourth amended complaint filed
26
    by Plaintiffs **ESTATE OF MAXWELL AGUIRRE**, by and through successors in
27
    interest, Omar Aguirre and Yvette Aguirre; **OMAR AGUIRRE**, an individual;
28
    *26296*

**YVETTE AGUIRRE** (collectively "Plaintiffs") by admitting, denying, and alleging as follows:

1. Answering paragraph 1 of the operative complaint, the County admits that Plaintiff has filed a complaint against the County for damages arising from the death of Maxwell Augirre. The remainder of the allegations are denied.

2. Answering paragraph 2 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

3. Answering paragraph 3 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

4. Answering paragraph 4 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

5. Answering paragraph 5 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

6. Answering paragraph 6 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

7. Answering paragraph 7 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

8. Answering paragraph 8 of the operative complaint, the County admits that Decedent was a prisoner in the custody of the County. The County has insufficient information to admit or deny the remaining allegations and for this reason, denies the allegations.

9. Answering paragraph 9 of the operative complaint, the County admits that individuals have died in its jail facilities in 2023 and that some of those deaths were deemed suicides. The County has insufficient information to admit or deny the remaining allegations and for this reason, denies the allegations.

10. Answering paragraph 10 of the operative complaint, the County denies the allegations.

26296

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR TRIAL BY DEFENDANTS**

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

11. Answering paragraph 11 of the operative complaint, the County denies the allegations.

12. Answering paragraph 12 of the operative complaint, the County denies the allegations.

13. Answering paragraph 13 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

14. Answering paragraph 14 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

15. Answering paragraph 15 of the operative complaint, the County denies the allegations.

16. Answering paragraph 16 of the operative complaint, the County denies the allegations.

17. Answering paragraph 17 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

18. Answering paragraph 18 of the operative complaint, the County admits that Decedent was placed in high observation housing for a brief period. The County denies that the reasons Decedent was transferred out of HOH are unknown. The

19. Answering paragraph 19 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

20. Answering paragraph 20 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

21. Answering paragraph 21 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

22. Answering paragraph 22 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

23. Answering paragraph 23 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

26296

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR TRIAL BY DEFENDANTS**

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

1

2

24. Answering paragraph 24 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

3

4

25. Answering paragraph 25 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

5

6

26. Answering paragraph 26 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

7

8

27. Answering paragraph 27 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

9

10

11

12

28. Answering paragraph 28 of the operative complaint, the County admits that the statutes identified in the paragraph exist and that the Court has jurisdiction over the claims by Plaintiffs. The County has insufficient information to admit or deny the remaining allegations and for this reason, denies the allegations.

13

14

15

16

29.  Answering paragraph 29 of the operative complaint, the County admits that the statutes identified in the paragraph exist and that the Court has jurisdiction over the claims by Plaintiffs. The County has insufficient information to admit or deny the remaining allegations and for this reason, denies the allegations.

17

18

19

30. Answering paragraph 30 of the operative complaint, the County admits that venue is proper. The County has insufficient information to admit or deny the remaining allegations and for this reason, denies the allegations.

20

21

31. Answering paragraph 31 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

22

23

32. Answering paragraph 32 of the operative complaint, the County is unable to admit or deny legal conclusions and for this reason, denies the allegations.

24

25

33. Answering paragraph 33 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

26

27

34. Answering paragraph 34 of the operative complaint, the County admits Roger Gallion is making an appearance in this action. The County denies the remaining

28

*26296*

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR TRIAL BY DEFENDANTS**

allegations.

35. Answering paragraph 35 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

36.  Answering paragraph 36 of the operative complaint, the County admits that the Los Angeles Sheriff's Department is subdivision of the County.   Except where expressly admitted, the County denies the allegations.

37. Answering paragraph 37 of the operative complaint, the County admits that the Los Angeles Department of Health Services is subdivision of the County.   Except where expressly admitted, the County denies the allegations.

38. Answering paragraph 38 of the operative complaint, the County  admits that Robert Luna is the Sheriff. Except where expressly admitted, deny.

39.Answering paragraph 39 of the operative complaint, the County admits that Sergio Aloma is the Assistant Sheriff. Except where expressly admitted, deny.

40. Answering paragraph 40 of the operative complaint, the County admits that Sergio Aloma is the Assistant Sheriff. Except where expressly admitted, deny.

41. Answering paragraph 41 of the operative complaint, the County admits that the named individual is an employee of the County. Except where expressly admitted, deny.

42.Answering paragraph 42 of the operative complaint, the County admits that the named individual is an employee of the County. Except where expressly admitted, deny.

43. Answering paragraph 43 of the operative complaint, the County admits that the named individual is an employee of the County. Except where expressly admitted, deny.

44.Answering paragraph 44 of the operative complaint, the County admits that the named individual is an employee of the County. Except where expressly admitted, deny.

26296

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR TRIAL BY DEFENDANTS**

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

45. Answering paragraph 45 of the operative complaint, the County admits that the named individual is an employee of the County. Except where expressly admitted, deny.

46. Answering paragraph 46 of the operative complaint, the County admits that the named individual is an employee of the County. Except where expressly admitted, deny.

47. Answering paragraph 47 of the operative complaint, the County admits that the named individual is an employee of the County. Except where expressly admitted, deny.

48. Answering paragraph 48 of the operative complaint, the County admits that the named individual is an employee of the County. Except where expressly admitted, deny.

49. Answering paragraph 49 of the operative complaint, the County admits that the named individual is an employee of the County. Except where expressly admitted, deny.

50. Answering paragraph 50 of the operative complaint, the County admits that the named individual is an employee of the County. Except where expressly admitted, deny.

51. Answering paragraph 51 of the operative complaint, the County admits that the named individual is an employee of the County. Except where expressly admitted, deny.

52. Answering paragraph 52 of the operative complaint, the County admits that the named individual is an employee of the County. Except where expressly admitted, deny.

53. Answering paragraph 53 of the operative complaint, the County admits that the named individual is an employee of the County. Except where expressly admitted, deny.

*26296*

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR TRIAL BY DEFENDANTS**

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

54. Answering paragraph 54 of the operative complaint, the County admits that the named individual is an employee of the County. Except where expressly admitted, deny.

55. Answering paragraph 55 of the operative complaint, the County admits that the named individual is an employee of the County. Except where expressly admitted, deny.

56. Answering paragraph 56 of the operative complaint, the County admits that the named individual is an employee of the County. Except where expressly admitted, deny.

57. Answering paragraph 57 of the operative complaint, the County admits that the named individual is an employee of the County. Except where expressly admitted, deny.

58. Answering paragraph 58 of the operative complaint, the County admits that the named individual is an employee of the County. Except where expressly admitted, deny.

59. Answering paragraph 59 of the operative complaint, the County admits that the named individual is an employee of the County. Except where expressly admitted, deny.

60. Answering paragraph 60 of the operative complaint, the County admits that the named individual is an employee of the County. Except where expressly admitted, deny.

61. Answering paragraph 61 of the operative complaint, the County admits that the named individual is an employee of the County. Except where expressly admitted, deny.

62. Answering paragraph 62 of the operative complaint, the County admits that the named individual is an employee of the County. Except where expressly admitted, deny.

*26296*

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR TRIAL BY DEFENDANTS**

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

63. Answering paragraph 63 of the operative complaint, the County admits that the named individual is an employee of the County. Except where expressly admitted, deny.

64. Answering paragraph 64 of the operative complaint, the County can neither admit nor deny averments concerning the manner by which defendants will be referenced by Plaintiffs in the complaint, and for this reason, denies the allegations.

65. Answering paragraph 65 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

66. Answering paragraph 66 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

67. Answering paragraph 67 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

68. Answering paragraph 68 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

69. Answering paragraph 69 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

70. Answering paragraph 70 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

71. Answering paragraph 71 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

72. Answering paragraph 72 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

73. Answering paragraph 73 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

74. Answering paragraph 74 of the operative complaint, the County re-alleges and incorporates its previous responses to the preceding paragraphs as if fully set forth herein.

*26296*

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR TRIAL BY DEFENDANTS**

75. Answering paragraph 75 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

76. Answering paragraph 76 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

77. Answering paragraph 77 of the operative complaint, the County admits that Decedent was assigned to mental health housing. The County denies the remainder of the allegations.

78. Answering paragraph 78 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

79. Answering paragraph 79 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

80. Answering paragraph 80 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

81. Answering paragraph 81 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

82. Answering paragraph 82 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

83. Answering paragraph 83 of the operative complaint, the County admits Decedent passed away. Except where expressly admitted, deny.

84. Answering paragraph 84 of the operative complaint, deny.

85. Answering paragraph 85 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

86. Answering paragraph 86  of the operative complaint, the County admits that Decedent was placed in HOH, a unit that provides a higher level of supervision. The County denies the remaining allegations.

87. Answering paragraph 87 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR TRIAL BY DEFENDANTS**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

88. Answering paragraph 88 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

89. Answering paragraph 89 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

90. Answering paragraph 90 of the operative complaint, the County admits that a decision was made to transfer Decedent from HOH to a mental housing unit for veterans. The County denies the remaining allegations.

91. Answering paragraph 91 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

92. Answering paragraph 92 of the operative complaint, the County admits that a decision was made to transfer Decedent from HOH to a mental housing unit for veterans. The County denies the remaining allegations.

93. Answering paragraph 93 of the operative complaint, deny.

94. Answering paragraph 94 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

95. Answering paragraph 95 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

96. Answering paragraph 96 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

97. Answering paragraph 97 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

98. Answering paragraph 98 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

99. Answering paragraph 99 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

100.    Answering paragraph 100 of the operative complaint, the County admits safety checks were missed. The County has insufficient information to admit or deny

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

*26296*

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR
TRIAL BY DEFENDANTS**

1    the remaining allegations.

2        101.    Answering paragraph 101 of the operative complaint, the County admits

3    safety checks were missed. The County has insufficient information to admit or deny

4    the remaining allegations.

5        102.    Answering paragraph 102 of the operative complaint, the County admits

6    safety checks were missed. The County has insufficient information to admit or deny

7    the remaining allegations.

8        103.    Answering paragraph 103 of the operative complaint, the County has

9    insufficient information to admit or deny and for this reason, denies the allegations.

10       104.    Answering paragraph 104 of the operative complaint, the County has

11    insufficient information to admit or deny and for this reason, denies the allegations.

12       105.    Answering paragraph 105 of the operative complaint, the County has

13    insufficient information to admit or deny and for this reason, denies the allegations.

14       106.    Answering paragraph 106 of the operative complaint, the County admits

15    that Decedent died.

16       107.    Answering paragraph 107 of the operative complaint, deny.

17       108.    Answering paragraph 108 of the operative complaint, deny.

18       109.    Answering paragraph 109 of the operative complaint, deny.

19       110.    Answering paragraph 110 of the operative complaint, deny.

20       111.    Answering paragraph 111 of the operative complaint, deny.

21       112.    Answering paragraph 112 of the operative complaint, deny.

22       113.    Answering paragraph 113 of the operative complaint, deny

23       114.    Answering paragraph 114 of the operative complaint, deny

24       115.    Answering paragraph 115 of the operative complaint, deny

25       116.    Answering paragraph 116 of the operative complaint, the County admits

26    Decedent passed away.

27       117.    Answering paragraph 117 of the operative complaint, deny

28

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

118.    Answering paragraph 118 of the operative complaint, deny

119.    Answering paragraph 119 of the operative complaint, the County admits Decedent passed away.

120.    Answering paragraph 120 of the operative complaint, the County admits Decedent was a pretrial detainee. The County denies the remaining allegations.

121.    Answering paragraph 121 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

122.    Answering paragraph 122, Defendant denies is unable to admit or deny conclusions of law and for this reason, denies the allegations.

123.    Answering paragraph 123 of the operative complaint, the County re-alleges and incorporates its previous responses to the preceding paragraphs as if fully set forth herein.

124.    Answering paragraph 124 of the operative complaint, the County denies the allegations.

125.    Answering paragraph 125 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

126.    Answering paragraph 126 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

127.    Answering paragraph 127 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

128.    Answering paragraph 128 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

129.    Answering paragraph 129 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

130.    Answering paragraph 130 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

131.    Answering paragraph 131 of the operative complaint, the County denies

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

26296

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR TRIAL BY DEFENDANTS**

1    the allegations.

2         132.     Answering paragraph 132 of the operative complaint, the County has
3    insufficient information to admit or deny and for this reason, denies the allegations.

4         133.      Answering paragraph 133 of the operative complaint, the County admits
5    that individuals have died in its jail facilities in 2023 and that some of those deaths
6    were deemed suicides. The County has insufficient information to admit or deny the
7    remaining allegations and for this reason, denies the allegations.

8         134.     Answering paragraph 134 of the operative complaint, the County has
9    insufficient information to admit or deny and for this reason, denies the allegations.

10        135.     Answering paragraph 135 of the operative complaint, the County denies
11   the allegations.

12        136.     Answering paragraph 136 of the operative complaint, the County has
13   insufficient information to admit or deny and for this reason, denies the allegations.

14        137.     Answering paragraph 137 of the operative complaint, the County has
15   insufficient information to admit or deny and for this reason, denies the allegations.

16        138.     Answering paragraph 138 of the operative complaint, the County has
17   insufficient information to admit or deny and for this reason, denies the allegations.

18        139.     Answering paragraph 139 of the operative complaint, the County has
19   insufficient information to admit or deny and for this reason, denies the allegations.

20        140.     Answering paragraph 140 of the operative complaint, the County has
21   insufficient information to admit or deny and for this reason, denies the allegations.

22        141.     Answering paragraph 141 of the operative complaint, the County has
23   insufficient information to admit or deny and for this reason, denies the allegations.

24        142.     Answering paragraph 142 of the operative complaint, the County has
25   insufficient information to admit or deny and for this reason, denies the allegations.

26        143.     Answering paragraph 143 of the operative complaint, the County has
27   insufficient information to admit or deny and for this reason, denies the allegations.

28

*26296*

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR
TRIAL BY DEFENDANTS**

144.    Answering paragraph 144 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

145.    Answering paragraph 145 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

146.    Answering paragraph 146 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

147.    Answering paragraph 147 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

148.    Answering paragraph 148 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

149.    Answering Fourth 149 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

150.    Answering paragraph 150 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

151.    Answering paragraph 151 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

152.    Answering paragraph 152 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

153.    Answering paragraph 153 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

154.    Answering paragraph 154 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

155.    Answering paragraph 155 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

156.    Answering paragraph 156 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

157.    Answering paragraph 157 of the operative complaint, the County has

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

*26296*

14

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR TRIAL BY DEFENDANTS**

insufficient information to admit or deny and for this reason, denies the allegations.

158.     Answering paragraph 158 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

159.     Answering paragraph 159 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

160.     Answering paragraph 160 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

161.     Answering paragraph 161 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

162.     Answering paragraph 162 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

163.     Answering paragraph 163 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

164.     Answering paragraph 164 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

165.     Answering paragraph 165 of the operative complaint, the County has insufficient information to admit or deny and for this reason, denies the allegations.

166.     Answering paragraph 166 of the operative complaint, the County denies the allegations.

167.     Answering paragraph 167 of the operative complaint, the County denies the allegations.

168.     Answering paragraph 168 of the operative complaint, the County denies the allegations.

169.     Answering paragraph 169 of the operative complaint, the County denies the allegations.

170.     Answering paragraph 170 of the operative complaint, the County denies the allegations.

*26296*

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR TRIAL BY DEFENDANTS**

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

171.     Answering paragraph 171 of the operative complaint, the County denies the allegations.

172.     Answering paragraph 172 of the operative complaint, the County denies the allegations.

173.     Answering paragraph 173 of the operative complaint, the County denies the allegations.

174.     Answering paragraph 174 of the operative complaint, the County re-alleges and incorporates its previous responses to the preceding paragraphs as if fully set forth herein.

175.     Answering paragraph 175 of the operative complaint, the County denies the allegations.

176.     Answering paragraph 176 of the operative complaint, the County denies the allegations.

177.     Answering paragraph 177 of the operative complaint, the County denies the allegations.

178.     Answering paragraph 178 of the operative complaint, the County denies the allegations.

179.     Answering paragraph 179 of the operative complaint, the County denies the allegations.

180.     Answering paragraph 180 of the operative complaint, the County denies the allegations.

181.     Answering paragraph 181 of the operative complaint, the County denies the allegations.

182.     Answering paragraph 182, Defendant denies is unable to admit or deny conclusions of law and for this reason, denies the allegations.

183.     Answering paragraph 183 of the operative complaint, the County re-alleges and incorporates its previous responses to the preceding paragraphs as if fully

*26296*

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR TRIAL BY DEFENDANTS**

1    set forth herein.

2        184.    Answering paragraph 184 of the operative complaint, the County denies

3    the allegations.

4        185.    Answering paragraph 185 of the operative complaint, the County denies

5    the allegations.

6        186.    Answering paragraph 186 of the operative complaint, the County denies

7    the allegations.

8        187.    Answering paragraph 187 of the operative complaint, the County denies

9    the allegations.

10        188.    Answering paragraph 188 of the operative complaint, the County denies

11    the allegations.

12        189.    Answering paragraph 189 of the operative complaint, the County denies

13    the allegations.

14        190.    Answering paragraph 190 of the operative complaint, the County denies

15    the allegations.

16        191.    Answering paragraph 191 of the operative complaint, the County denies

17    the allegations.

18        192.    Answering paragraph 192 of the operative complaint, the County denies

19    the allegations.

20        193.    Answering paragraph 193 of the operative complaint, the County denies

21    the allegations.

22        194.    Answering paragraph 194 of the operative complaint, the County denies

23    the allegations.

24        195.    Answering paragraph 195 of the operative complaint, the County denies

25    the allegations.

26        196.    Answering paragraph 196 of the operative complaint, the County denies

27    the allegations.

28

*26296*

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR TRIAL BY DEFENDANTS**

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

197.     Answering paragraph 197 of the operative complaint, the County denies the allegations.

198.     Answering paragraph 198 of the operative complaint, the County denies the allegations.

199.     Answering paragraph 199 of the operative complaint, the County denies the allegations.

200.     Answering paragraph 200 of the operative complaint, the County denies the allegations.

201.     Answering paragraph 201 of the operative complaint, the County denies the allegations.

202.     Answering paragraph 202 of the operative complaint, the County denies the allegations.

203.     Answering paragraph 203 of the operative complaint, the County re-alleges and incorporates its previous responses to the preceding paragraphs as if fully set forth herein.

204.     Answering paragraph 204 of the operative complaint, the County denies the allegations.

205.     Answering paragraph 205 of the operative complaint, the County denies the allegations.

206.     Answering paragraph 206 of the operative complaint, the County denies the allegations.

207.     Answering paragraph 207 of the operative complaint, the County denies the allegations.

208.     Answering paragraph 208 of the operative complaint, the County denies the allegations.

209.     Answering paragraph 209 of the operative complaint, the County denies the allegations.

*26296*

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

18

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR
TRIAL BY DEFENDANTS**

1  210.    Answering paragraph 210 of the operative complaint, the County denies

2  the allegations.

3  211.    Answering paragraph 211 of the operative complaint, the County denies

4  the allegations.

5  212.    Answering paragraph 212 of the operative complaint, the County denies

6  the allegations.

7  213.    Answering paragraph 213 of the operative complaint, the County re-

8  alleges and incorporates its previous responses to the preceding paragraphs as if fully

9  set forth herein.

10  214.    Answering paragraph 214 of the operative complaint, the County denies

11  the allegations.

12  215.    Answering paragraph 215 of the operative complaint, the County denies

13  the allegations.

14  216.    Answering paragraph 216 of the operative complaint, the County denies

15  the allegations.

16  217.    Answering paragraph 217 of the operative complaint, the County denies

17  the allegations.

18  218.    Answering paragraph 218 of the operative complaint, the County denies

19  the allegations.

20  219.    Answering paragraph 219 of the operative complaint, the County denies

21  the allegations.

22  220.    Answering paragraph 220 of the operative complaint, the County denies

23  the allegations.

24  221.    Answering paragraph 221 of the operative complaint, the County denies

25  the allegations.

26  222.    Answering paragraph 222 of the operative complaint, the County denies

27  the allegations.

28

*26296*

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR
TRIAL BY DEFENDANTS**

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

223. Answering paragraph 223 of the operative complaint, the County denies the allegations.

224. Answering paragraph 224 of the operative complaint, the County denies the allegations.

225. Answering paragraph 225 of the operative complaint, the County denies the allegations.

226. Answering paragraph 226 of the operative complaint, the County denies the allegations.

227. Answering paragraph 227 of the operative complaint, the County re-alleges and incorporates its previous responses to the preceding paragraphs as if fully set forth herein.

228. Answering paragraph 228 of the operative complaint, the County denies the allegations.

229. Answering paragraph 229 of the operative complaint, the County denies the allegations.

230. Answering paragraph 230 of the operative complaint, the County denies the allegations.

231. Answering paragraph 231 of the operative complaint, the County denies the allegations.

232. Answering paragraph 232 of the operative complaint, the County denies the allegations.

233. Answering paragraph 233 of the operative complaint, the County denies the allegations.

234. Answering paragraph 234 of the operative complaint, the County denies the allegations.

235. Answering paragraph 235 of the operative complaint, the County re-alleges and incorporates its previous responses to the preceding paragraphs as if fully

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR
TRIAL BY DEFENDANTS**

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

1    set forth herein.

2    236.    Answering paragraph 236 of the operative complaint, the County denies

3    the allegations.

4    237.    Answering paragraph 237 of the operative complaint, the County denies

5    the allegations.

6    238.    Answering paragraph 238 of the operative complaint, the County denies

7    the allegations.

8    239.    Answering paragraph 239 of the operative complaint, the County denies

9    the allegations.

10    240.    Answering paragraph 240 of the operative complaint, the County denies

11    the allegations.

12    241.    Answering paragraph 241 of the operative complaint, the County denies

13    the allegations.

14    242.    Answering paragraph 242 of the operative complaint, the County denies

15    the allegations.

16    243.    Answering paragraph 243 of the operative complaint, the County denies

17    the allegations.

18    244.    Answering paragraph 244 of the operative complaint, the County denies

19    the allegations.

20    245.    Answering paragraph 245 of the operative complaint, the County re-

21    alleges and incorporates its previous responses to the preceding paragraphs as if fully

22    set forth herein.

23    246.    Answering paragraph 246 of the operative complaint, the County denies

24    the allegations.

25    247.    Answering paragraph 247 of the operative complaint, the County denies

26    the allegations.

27    248.    Answering paragraph 248 of the operative complaint, the County denies

28

*26296*

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR
TRIAL BY DEFENDANTS**

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

1    the allegations.

2    249.    Answering paragraph 249 of the operative complaint, the County denies

3    the allegations.

4    250.    Answering paragraph 250 of the operative complaint, the County denies

5    the allegations.

6    251.    Answering paragraph 251 of the operative complaint, the County denies

7    the allegations.

8    252.    Answering paragraph 252 of the operative complaint, the County denies

9    the allegations.

10    253.    Answering paragraph 253 of the operative complaint, the County re-

11    alleges and incorporates its previous responses to the preceding paragraphs as if fully

12    set forth herein.

13    254.    Answering paragraph 254 of the operative complaint, the County denies

14    the allegations.

15    255.    Answering paragraph 255 of the operative complaint, the County denies

16    the allegations.

17    256.    Answering paragraph 256 of the operative complaint, the County denies

18    the allegations.

19    257.    Answering paragraph 257 of the operative complaint, the County denies

20    the allegations.

21    258.    Answering paragraph 258 of the operative complaint, the County re-

22    alleges and incorporates its previous responses to the preceding paragraphs as if fully

23    set forth herein.

24    259.    Answering paragraph 259 of the operative complaint, the County denies

25    the allegations.

26    260.    Answering paragraph 260 of the operative complaint, the County denies

27    the allegations.

28

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR
TRIAL BY DEFENDANTS**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

261.    Answering paragraph 261 of the operative complaint, the County denies the allegations.

262.    Answering paragraph 262 of the operative complaint, the County re-alleges and incorporates its previous responses to the preceding paragraphs as if fully set forth herein.

263.    Answering paragraph 263 of the operative complaint, the County denies the allegations.

264.    Answering paragraph 264 of the operative complaint, the County denies the allegations.

265.    Answering paragraph 265 of the operative complaint, the County denies the allegations.

266.    Answering paragraph 266 of the operative complaint, the County denies the allegations.

267.    Answering paragraph 267 of the operative complaint, the County denies the allegations.

268.    Answering paragraph 268 of the operative complaint, the County denies the allegations.

269.    Answering paragraph 269 of the operative complaint, the County denies the allegations.

270.    Answering paragraph 270 of the operative complaint, the County denies the allegations.

271.    Answering paragraph 271 of the operative complaint, the County re-alleges and incorporates its previous responses to the preceding paragraphs as if fully set forth herein.

272.    Answering paragraph 272 of the operative complaint, the County denies the allegations.

273.    Answering paragraph 273 of the operative complaint, the County denies

26296

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR TRIAL BY DEFENDANTS**

1  the allegations.

2      274.      Answering paragraph 274 of the operative complaint, the County re-

3  alleges and incorporates its previous responses to the preceding paragraphs as if fully

4  set forth herein.

5      275.      Answering paragraph 275 of the operative complaint, the County denies

6  the allegations.

7      276.      Answering paragraph 276 of the operative complaint, the County denies

8  the allegations.

9      277.      Answering paragraph 277 of the operative complaint, the County denies

10  the allegations.

11      278.      Answering paragraph 278 of the operative complaint, the County denies

12  the allegations.

13      279.      Answering paragraph 279 of the operative complaint, the County denies

14  the allegations.

15      280.      Answering paragraph 280 of the operative complaint, the County denies

16  the allegations.

17      281.      Answering paragraph 281 of the operative complaint, the County denies

18  the allegations.

19      282.      Answering paragraph 282 of the operative complaint, the County denies

20  the allegations.

21      283.      Answering paragraph 283 of the operative complaint, the County denies

22  the allegations.

23      284.      Answering paragraph 284 of the operative complaint, the County denies

24  the allegations.

25      285.      Answering paragraph 285 of the operative complaint, the County denies

26  the allegations.

27      286.      Answering paragraph 286 of the operative complaint, the County denies

28

*26296*

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR
TRIAL BY DEFENDANTS**

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

1  the allegations.

2      287.    Answering paragraph 287 of the operative complaint, the County denies

3  the allegations.

4      288.    Answering paragraph 288 of the operative complaint, the County denies

5  the allegations.

6      289.    Answering paragraph 289 of the operative complaint, the County denies

7  the allegations.

8      290.    Answering paragraph 290 of the operative complaint, the County re-

9  alleges and incorporates its previous responses to the preceding paragraphs as if fully

10  set forth herein.

11      291.    Answering paragraph 291 of the operative complaint, the County denies

12  the allegations.

13      292.    Answering paragraph 292 of the operative complaint, the County denies

14  the allegations.

15      293.    Answering paragraph 293 of the operative complaint, the County denies

16  the allegations.

17      294.    Answering paragraph 294 of the operative complaint, the County denies

18  the allegations.

19      295.    Answering paragraph 295 of the operative complaint, the County denies

20  the allegations.

21      296.    Answering paragraph 296 of the operative complaint, the County denies

22  the allegations.

23      297.    Answering paragraph 297 of the operative complaint, the County denies

24  the allegations.

25      298.    Answering paragraph 298 of the operative complaint, the County denies

26  the allegations.

27      299.    Answering paragraph 299 of the operative complaint, the County denies

28

26296

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

25

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR
TRIAL BY DEFENDANTS**

1  the allegations.

2    300.    Answering paragraph 300 of the operative complaint, the County denies

3  the allegations.

4    301.    Answering paragraph 301 of the operative complaint, the County denies

5  the allegations.

6    302.    Answering paragraph 302 of the operative complaint, the County denies

7  the allegations.

8    303.    Answering paragraph 303 of the operative complaint, the County re-

9  alleges and incorporates its previous responses to the preceding paragraphs as if fully

10  set forth herein.

11    304.    Answering paragraph 304 of the operative complaint, the County denies

12  the allegations.

13    305.    Answering paragraph 305 of the operative complaint, the County denies

14  the allegations.

15    306.    Answering paragraph 306 of the operative complaint, the County re-

16  alleges and incorporates its previous responses to the preceding paragraphs as if fully

17  set forth herein.

18    307.    Answering paragraph 307 of the operative complaint, the County denies

19  the allegations.

20    308.    Answering paragraph 308 of the operative complaint, the County denies

21  the allegations.

22    309.    Answering paragraph 309 of the operative complaint, the County denies

23  the allegations.

24    310.    Answering paragraph 310 of the operative complaint, the County denies

25  the allegations.

26    311.    Answering paragraph 311 of the operative complaint, the County denies

27  the allegations.

28

*26296*

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR
TRIAL BY DEFENDANTS**

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

312.    Answering paragraph 312 of the operative complaint, the County denies the allegations.

313.    Answering paragraph 313 of the operative complaint, the County denies the allegations.

314.    Answering paragraph 314 of the operative complaint, the County denies the allegations.

315.    Answering paragraph 315 of the operative complaint, the County denies the allegations.

316.    Answering paragraph 316 of the operative complaint, the County denies the allegations.

317.    Answering paragraph 317 of the operative complaint, the County denies the allegations.

318.    Answering paragraph 318 of the operative complaint, the County denies the allegations.

319.    Answering paragraph 319 of the operative complaint, the County re-alleges and incorporates its previous responses to the preceding paragraphs as if fully set forth herein.

320.    Answering paragraph 320 of the operative complaint, the County denies the allegations.

321.    Answering paragraph 321 of the operative complaint, the County denies the allegations.

322.    Answering paragraph 322 of the operative complaint, the County denies the allegations.

323.    Answering paragraph 323 of the operative complaint, the County denies the allegations.

324.    Answering paragraph 324 of the operative complaint, the County denies the allegations.

26296

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR
TRIAL BY DEFENDANTS**

325.     Answering paragraph 325 of the operative complaint, the County denies the allegations.

326.     Answering paragraph 326 of the operative complaint, the County denies the allegations.

327.     Answering paragraph 327 of the operative complaint, the County denies the allegations.

328.     Answering paragraph 328 of the operative complaint, the County denies the allegations.

329.     Answering paragraph 329 of the operative complaint, the County denies the allegations.

330.     Answering paragraph 330 of the operative complaint, the County denies the allegations.

331.     Answering paragraph 331 of the operative complaint, the County denies the allegations.

332.     Answering paragraph 332 of the operative complaint, the County denies the allegations.

333.     Answering paragraph 333 of the operative complaint, the County re-alleges and incorporates its previous responses to the preceding paragraphs as if fully set forth herein.

334.     Answering paragraph 334 of the operative complaint, the County denies the allegations.

335.     Answering paragraph 335 of the operative complaint, the County denies the allegations.

336.     Answering paragraph 336 (erroneously identified as paragraph 101) of the operative complaint, the County denies the allegations.

/ / /

/ / /

26296

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR
TRIAL BY DEFENDANTS**

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PRAYER FOR RELIEF

The County denies Plaintiff is entitled to any of the relief alleged in paragraphs A-O in the prayer for relief.

### IX.
### AFFIRMATIVE DEFENSES

The County alleges the following affirmative defenses to the operative complaint. In asserting these affirmative defenses, the County does not assume the burden to establish any fact or proposition where that burden is imposed by law on Plaintiff.

1. Plaintiff's Complaint fails to state sufficient facts to constitute a claim.

2. Plaintiff has failed to state any claim upon which relief may be granted.

3. Plaintiff failed to mitigate or attempt to mitigate damages; therefore if, in fact, any damages have been sustained, any recovery by Plaintiff should be diminished or barred.

4. To the extent that Plaintiff's Complaint raises substantive due process claims under 42 U.S.C. section 1983 *et seq.*, Plaintiff failed to demonstrate or prove any arbitrary or capricious governmental action to sustain that claim.

5. To the extent that Plaintiff's Amended Complaint raises procedural due process claims under 42 U.S.C. section 1983 et seq., Plaintiff failed to exhaust the remedies available under state or administrative law.

6. Plaintiff's Complaint fails to establish that any conduct on the part of Defendants deprived Plaintiff of any right, privilege, or immunity secured by the U.S. Constitution.

7. All acts or omissions complained of herein were taken in accordance with established policies and procedures, in accordance with law and thereby privileged.

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

*26296*

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR
TRIAL BY DEFENDANTS**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

8.  Plaintiff's Complaint fails to establish that any activity alleged to have caused the unconstitutional deprivation implements or executes a policy, statement, ordinance, regulation, or decision officially adopted and promulgated by the County.

9.  Plaintiff's damages alleged, if any, were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced and proportioned to the amount of said negligence.

10. Plaintiff's injuries, if any, were caused by persons other than the unnamed Deputies.

11. The conduct of the deputies as alleged in Plaintiff's Complaint is privileged and immune under federal and state law.

12. Plaintiff's injuries, if any, are the result of his own negligence.

13. Plaintiff's Complaint fails to state a cause of action under *Monell v. Department of Social Services for the City of New York*, 436 U.S. 658 (1978) because there can be no recovery for a federal civil rights violation where there is no constitutional deprivation caused by an expressly adopted official policy or longstanding practice or custom.

14. Plaintiff was careless and negligent in and about the matters alleged in Complaint.  That carelessness and negligence proximately contributed to the incident and to any injuries, loss, or damaged caused thereby.  Accordingly, Plaintiff's right to recover damages is correspondingly reduced.

15. Neither a public entity nor a public employee is liable for any injury caused by the act or omission of another person.

16. The County's employees at all relevant times acted reasonably, in good faith, and with the reasonable belief that their actions were valid, and each is therefore entitled to qualified immunity.

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

*26296*

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR TRIAL BY DEFENDANTS**

17. The doctrine of respondeat superior is not applicable to actions under 42 U.S.C. §1983.

18. Plaintiff's claims and requests for relief are barred, in whole or in part, by the doctrine of laches.

19. Plaintiff's claims and requests for relief are barred, in whole or in part, by the doctrine of unclean hands.

20. Plaintiff's claims and requests for relief are barred, in whole or in part, by the doctrine of estoppel.

21. To the extent that Plaintiff suffered any detriment, such was unavoidable.

22. The County is not liable for damages proximately caused by the acts or omissions of third parties or Plaintiff.

23. Any and all official conduct by the County's employees was in good faith and without malicious intent to deprive Plaintiff of his constitutional rights or to cause other injury.

24. There is no imputed liability between public officers in actions under the Federal Civil Rights Act.

25. Plaintiff failed to exhaust the appropriate federal, state, and/or local remedies.

26. Plaintiff failed to comply with the claim requirements before bringing an action for medical malpractice.

27. Plaintiff's Complaint fails to state a claim upon which an award of punitive damages can be based.

28. Plaintiff is barred from recovery due to the assumption of risk doctrine.

29. Plaintiff failed to comply with the claims filing requirements for actions against public entities and/or their employees.

30. Plaintiff fails to establish a cause of action against the County under 42 U.S.C § 1983 because simple negligence does not constitute a violation of federal civil rights. *Parratt v. Taylor*, 451 U.S. 527 (1981).

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

1  31. Plaintiff's action is barred by issue and/or claim preclusion.

2  32. Plaintiff's action is barred by the *Rooker-Feldman* doctrine.

3  33. Plaintiff's action is barred under *Heck v. Humphrey* 512 US 477 (1994).

4  34. The County is not liable under 42 U.S.C. §1983 because the complaint raises a
5    dispute over law enforcement's considered response to a genuine emergency.

6  35. The doctrine of qualified immunity applies to discretionary actions of
7    Defendants that did not clearly violate established statutory or constitutional
8    rights of which a reasonable person would have known.

9  36. Plaintiffs' Complaint fails to state a claim upon which an award of punitive
10    damages can be based.

11  37. Plaintiffs and Decedent barred from recovery due to the assumption of risk
12    doctrine.

13  38. Plaintiffs and Decedent failed to comply with the claims filing requirements for
14    actions against public entities and/or their employees.

15  39. Any and all acts or omissions of Defendants which allegedly caused injuries as
16    set forth in the Complaint were the result of the exercise of discretion and,
17    therefore, Defendants are not liable to Plaintiffs for any of the alleged damages,
18    pursuant to Government Code § 820.2.

19  40. Defendants are not liable for damages, if any, alleged in the Complaint in that,
20    pursuant to Government Code § 820.4, a public employee is not liable for his
21    act or omission in the execution or enforcement of any law.

22  41. Defendants are not liable for the damages, if any, alleged in the Complaint by
23    reason of the provisions of Government Code § 820.8, in that a public employee
24    is not liable for an injury caused by the act or omission of another person.

25  42. Plaintiffs fail to establish a cause of action against Defendants under 42 U.S.C
26    § 1983 because simple negligence does not constitute a violation of federal civil
27    rights. *Parratt v. Taylor*, 451 U.S. 527 (1981).

28

26296

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR
TRIAL BY DEFENDANTS**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

43. Defendants are not liable for the damages, if any, alleged in the Complaint by reason of the provisions of Government Code § 820.6, in that a public employee is not liable for an injury caused by acting under unconstitutional, invalid or inapplicable enactments.

44. Defendants are not liable for personal injuries to a prisoner or caused by prisoners under Government Code § 844.6.

45. Defendants are not liable for the failure to provide police protection under Government Code § 845.

46. Defendants are not liable for the failure to provide sufficient personnel in a correctional facility under Government Code § 845.2,

47. Defendants are not liable for an injury caused by the failure to furnish or obtain medical care under Government Code § 845.6

48. Defendants are not liable for injury caused by failure to make a physical or mental examination for the purpose of determining whether such a person has a condition that would constitute a hazard to the safety or health of himself or others under Government Code § 855.6.

49. Defendants are not liable for injury resulting from the failure to diagnose or prescribe for a person afflicted with drug addiction under Government Code § 855.8

50. Plaintiffs do not have standing to pursue claims on behalf of Decedent in the capacity of his successor-in-interest.

51. Plaintiffs are not Decedent's next of kin and does not have a legal right to inherit anything from Decedent's estate under intestate succession.

52. It is not clearly established law that jailers have a constitutional duty to prevent or otherwise mitigate the risk of prisoners voluntarily ingesting illicit or unprescribed drugs while in custody.

53. There is a material variance between the theories and claims in Plaintiffs'

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

*26296*

33

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR
TRIAL BY DEFENDANTS**

1

government tort claim and the state law causes of action in the complaint.

54. The government tort claim failed to plead material facts contained in the complaint.

55. The claim failed to plead legal theories and caused of action contained in the complaint.

56. Plaintiffs failed to comply with the claim presentation requirements of the Government Claims Act.

57. Plaintiffs' claims are barred in whole or in part by the applicable statute of limitations.

58. The County presently has insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated defenses available. The County therefore reserves the right to assert additional defenses that are revealed by further investigation or discovery.

## **DEFENDANT'S PRAYER FOR RELIEF**

**WHEREFORE**, the County prays for judgment as follows:

1. That Plaintiffs take nothing by this action;

2. That the action be dismissed;

3. That the County be awarded costs of suit; and

4. That the County be awarded such other and further relief as the Court may deem just and proper, including an award of attorneys' fees pursuant to 42 U.S.C. section 1988.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

26296

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR TRIAL BY DEFENDANTS**

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

1

## **DEMAND FOR JURY TRIAL**

2       Pursuant to *Federal Rules of Civil Procedure*, Rule 48, and *Central District*

3   *Local Rules*, Rule 38-1, the County hereby demands a trial by jury.

4

5   DATED: November 7, 2025              COLLINS + COLLINS LLP

6                                        By: _____

7                                            ~~TOMÁS~~ A. GUTERRES
                                             CHANDLER A. PARKER
8                                            Attorneys for Defendants
                                             COUNTY OF LOS ANGELES, et al.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*26296*

**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR
TRIAL BY DEFENDANTS**

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111